# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV
2008 SEP 25 P 2: 35
CLERK _J Burton_

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Ivan Williams, aka "Rum Dog" | ) Case No: CR198-00049-006 | |
| | ) USM No: 20005-057 | |
| Date of Previous Judgment: July 12, 2001 | ) George R. Hall | |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
| --- | --- | --- | --- |
| Previous Offense Level: | 37 | Amended Offense Level: | 37 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 210 to 262 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

The Court notes that the defendant was held accountable for the distribution of 24 kilograms of cocaine base and 247 kilograms of cocaine hydrochloride in this case. Accordingly, the amended crack cocaine guideline does not result in a change to the defendant's advisory guidelines range.

Except as provided above, all provisions of the judgment dated _July 12, 2001,_ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: Sept. 25, 2008

Judge's signature

Effective Date: _____
(if different from order date)

Dudley H. Bowen, Jr.
United States District Judge
Printed name and title